28 A.3d 1239

IN THE MATTER OF ROOSEVELT HAIRSTON, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 035921990).

October 13, 2011.

## ORDER

**ROOSEVELT HAIRSTON, JR.,** of **MALVERN, PENNSYL-
VANIA,** who was admitted to the bar of this State in 1990, and
who has been temporarily suspended from the practice of law
since June 3, 2011, having tendered his consent to disbarment as
an attorney at law of the State of New Jersey, and good cause
appearing;

It is ORDERED that **ROOSEVELT HAIRSTON, JR.,** is dis-
barred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of
attorneys and that he be permanently restrained and enjoined
from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinaf-
ter deposited in any New Jersey financial institution maintained
by **ROOSEVELT HAIRSTON, JR.,** pursuant to *Rule* 1:21–6 shall
be restrained from disbursement except on application to this
Court for good cause shown and shall be transferred by the
financial institution to the Clerk of the Superior Court, who is
directed to deposit the funds in the Superior Court Trust Fund
pending further Order of this Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing
with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Over-
sight Committee for appropriate administrative costs and actual
expenses incurred in the prosecution of this matter, as provided in
*Rule* 1:20–17.